**1**

Sebastian FALCONA, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 10, 1924.) No. 6479. In Error to the District Court of the United States for the District of Nebraska. William E. Lovely, of Omaha, Neb., for plaintiff in error. George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 23 and 24.

---

**2**

Henry FASANO and William Fasano, Plaintiffs in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. November 12, 1924.) No. 93. In Error to the District Court of the United States for the Eastern District of New York. J. K. McBride, of New York City, for plaintiffs in error. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (William A. De Groot, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

**3**

Louis FRIEDMAN, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. November 21, 1924.) No. 82. In Error to the District Court of the United States for the Eastern District of New York. Alexander S. Drescher and Harold J. Drescher, both of Brooklyn, N. Y., for plaintiff in error. Ralph G. Greene, U. S. Atty., of Brooklyn, N. Y. (William A. De Groot, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before HOUGH and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed.

---

**4**

Otis GARRETT, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 10, 1924.) No. 6707. In Error to the District Court of the United States for the Western District of Oklahoma. H. B. Hopps, of Oklahoma City, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**5**

Walter A. GRACE, Plaintiff in Error, v. UNITED STATES (two cases). (Circuit Court of Appeals, Eighth Circuit. September 8, 1924.) Nos. 6704, 6705. In Error to the District Court of the United States for the District of Colorado. Thomas Ward, Jr., of Denver, Colo., for plaintiff in error. George Stephan, U. S. Atty., and John A. McCann, Asst. U. S. Atty., both of Denver, Colo.

PER CURIAM. Writs of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 23.

---

**6**

In the Matter of Louis F. HALL and Charles J. Anastasia, individually, etc., Bankrupts. George W. Field, Petitioner. (Circuit Court of Appeals, Second Circuit. October 14, 1924.) No. 46. Petition to Revise Order of the District Court of the United States for the Southern District of New York. For opinion below, see 296 F. 780. F. M. Fallon, of New York City, for petitioner. Ely Rosenberg, of New York City, for George W. Field. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Petition to revise dismissed in open court.

---

**7**

Silas HAYS, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. July 9, 1924.) No. 6740. In Error to the District Court of the United States for the Western District of Arkansas. John B. Hiner, of Fort Smith, Ark., for plaintiff in error. S. S. Langley, U. S. Atty., of Ft. Smith, Ark.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.